## Broadhead *v.* The State.

*Aiding Prisoner to Escape.*

(Decided Feb. 17, 1906.   40 So. Rep. 216.)

APPEAL from Shelby Circuit Court.
Heard before Hon. JOHN PELHAM.
No counsel for appellant.
MASSEY WILSON, Attornel General, for the State.
Affirmed.
Opinion by SIMPSON, J.

HARALSON, DOWDELL, ANDERSON and DENSON, JJ., concur.

---

## Carpenter *v.* Stiggins.

*Assumpsit.*

(Decided Feb. 17, 1906.   40 So. Rep. 216.)

APPEAL from Clarke Circuit Court.
Heard before Hon. JOHN C. ANDERSON.
WILSON & ALDRIDGE, for appellant.
JOHN T. LACKLAND, for appellee.
Affirmed.
Opinion by DENSON, J.

HARALSON, DOWDELL and SIMPSON, JJ., concur.

---

## Galloway Coal Co., *v.* Walker, *et al.*

*Condemnation Proceedings.*

(Decided Feb. 17, 1906.   40 So. Rep. 216)

APPEAL from Bibb Circuit Court.
Heard before Hon. DANIEL PARTRIDGE, JR.
ELLISON & THOMPSON, for appellant.
LOGAN & VANDEGRAFF, for appellee.
Appeal dismissed.
Opinion by HARALSON, J.

DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., concur.